# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 2, 2019

## NO. 03-18-00666-CV

**Entergy Texas, Inc.; Southwestern Public Service Company; and Texas Industrial Energy Consumers, Appellants**

**v.**

**Public Utility Commission of Texas, Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on September 27, 2018. Appellants Entergy Texas, Inc.; Southwestern Public Service Company; and Texas Industrial Energy Consumers have filed a motion to dismiss, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, vacates the trial courts judgment, and renders judgment dismissing the underlying cause. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.